# Court of Appeals
# of the State of Georgia

ATLANTA,    August 07, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0438.    DAVID SHANYFELT v. WACHOVIA MORTGAGE CORPORATION.**

This is David Shanyfelt's third application for discretionary appeal in this dispossessory action. In his first, A13D0188, Shanyfelt sought review of the superior court's interim order directing him to pay rent. We dismissed the application because Shanyfelt failed to comply with the interlocutory appeal procedures. In his second application, A13D0389, Shanyfelt sought to appeal the superior court's order granting judgment to Wachovia. We dismissed the application as untimely. Shanyfelt filed a motion for reconsideration, claiming that the superior court had frustrated his ability to seek appellate review by failing to notify him of its order in a timely manner. We denied reconsideration, noting that Shanyfelt's remedy was to petition the trial court to vacate and re-enter the order.

Shanyfelt then filed a motion in superior court to set aside the judgment under OCGA § 9-11-60 (g). The superior court denied the motion, and Shanyfelt filed a notice of appeal. In an order entered on June 30, 2014, the superior court dismissed the appeal due to Shanyfelt's delay in transmitting a transcript. Eight days later, on July 8, 2014, Shanyfelt filed this application for discretionary appeal seeking review of the dismissal order. Once again, however, the application is untimely.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be

filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Because OCGA § 44-7-56 requires a judgment in a dispossessory action to be appealed within seven days of the entry of the final judgment, this application is untimely. Accordingly, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* <u>08/07/2014</u>
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*